[Nos. 30713-1-III; 31717-0-III.   Division Three.   June 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE ALEXANDER CAMACHO, *Appellant*.

*In the Matter of the Personal Restraint of* JORGE ALEXANDER CAMACHO, *Petitioner*.

Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J.; Fearing, J., concurring separately.

[No. 31107-4-III.   Division Three.   June 2, 2015.]

*In the Matter of the Detention of* ALBERT BROOKS.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31857-5-III.   Division Three.   June 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. PARKER, *Appellant*.

*Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.